ANTONIO FECCI, Respondent, v. THE CITY OF NEW YORK, Appellant.— In an action for damages for personal injuries alleged to have been sustained by reason of the negligence of an employee of the defendant in causing plaintiff's hand to come into contact with an exposed bandsaw, judgment for plaintiff reversed on the facts and a new trial granted, with costs to appellant to abide the event, unless within ten days from the entry of the order hereon the plaintiff stipulate to reduce the verdict to the sum of $25,000, in which event the judgment, as so reduced, is unanimously affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.

GEPO REALTY CORP., Appellant, v. ABRAHAM PIERCE, Respondent.— In consolidated actions by a purchaser to recover the amount of a down payment made pursuant to a contract for the sale of real property, and by the seller for damages for breach of contract, judgment for defendant purchaser unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

ELSIE GRIFFING, Respondent, v. TOWN OF BROOKHAVEN, Appellant. LEROY GRIFFING, Respondent, v. TOWN OF BROOKHAVEN, Appellant.— Appeals by defendant, in separate actions by a wife for personal injuries, and by her husband for expenses and loss of services, (a) from a judgment in each action in favor of the plaintiff entered on separate jury verdicts, and (b) from an order in each action denying a motion to set aside the verdict and for a new trial. In each action, judgment and order unanimously affirmed, with costs. The finding of negligence on the part of the defendant has abundant support in the evidence. The question of the alleged contributory negligence of plaintiff wife was for the jury. (Moshier v. City of New York, 190 App. Div. 111, 116, 117; Ayres v. Delaware, L. & W. R. R. Co., 158 N. Y. 254, 259.) Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

WILLIAM H. GUTHRIE, Respondent, v. MAURICE THOMAS, Appellant.— In an action for personal injuries sustained by plaintiff following a collision between an automobile milk truck, which plaintiff was operating, and an automobile operated by defendant, judgment in favor of plaintiff, and order denying defendant's motion to set aside the verdict and to dismiss the complaint or, in the alternative, for a new trial, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.